```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKE SHACK ENTERPRISES, LLC, et al.

               Plaintiffs,

   - against -

BRAND DESIGN COMPANY, INC. d/b/a
HOUSE INDUSTRIES,

               Defendant.

22 Civ. 7713(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than March 13, 2024, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: February 21, 2024
       New York, New York

                                                      Victor Marrero
                                                         U.S.D.J.